UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| APRIL GRAHAM *individually and as representative of the estate of Amari Thomas Graham*, et. al. | § | |
| *Plaintiffs*, | § | |
| v. | § | Civil Action No. 3:26-CV-0298-X |
| CITY OF IRVING and PETER PROVENZANO, | § | |
| *Defendants*. | § | |

**MEMORANDUM OPINION AND ORDER**

Before the Court is Defendants City of Irving and Peter Provenzano's motion to dismiss. (Doc. 13). Plaintiff, April Graham—individually, on behalf of the estate of Amari Thoams Graham, and as next of fried of A.M.E.G— filed a motion seeking the Court convert the motion to dismiss into a motion for summary judgment because Defendants cited and referenced bodycam footage and an autopsy report. (Doc. 17). The Court expressly held that "[t]he Court will not consider the evidence presented at this stage of litigation."[1] Despite that express holding, Graham's response to the motion to dismiss relies heavily on the evidence the Court will not consider.[2]

[1] Doc. 19 at 3.

[2] *See* Doc. 20.

Accordingly, the Court **STRIKES** Graham's response (Doc. 20) and **ORDERS** Graham to file a response to the motion to dismiss consistent with the Court's orders no later than September 10, 2026.

**IT IS SO ORDERED** this 3rd day of September, 2026.

BRANTLEY STARR
UNITED STATES DISTRICT JUDGE